IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUNGLE DEMOCRACY,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 06-00207-WS-B |
| **THE STATE OF NEW YORK,** | : |
| **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** and **ORDERED** this 23rd day of April, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE